THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-cv-23193

ADVANCED RX MANAGEMENT, LLC, a
Florida Limited Liability Company,

    Plaintiff,

v.

KAREN PEREZ f/k/a
KAREN FERNANDEZ, individually, and
STREAMCARE, LLC, a
Florida Limited Liability Company, and
CATHLEEN H. CASACCI, individually.

    Defendants,
_____/

## PLAINTIFF ADVANCED RX MANAGEMENT, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Advanced Rx Management, LLC ("Advanced Rx"), under Fed. R. Civ. P. 7.1(a)(2), certifies that it is a Florida Limited Liability Company whose members and their respective citizenship are as follows:

- The sole member of Advanced Rx Management, LLC is Advanced Rx Pharmacy, LLC, which is a Nevada LLC, with its principal place of business in Florida.

- The sole member of Advanced Rx Pharmacy, LLC is ARX Management Holdings, LLC, which is a Delaware LLC, with its principal place of business in Florida

- The sole member of ARX Management Holdings, LLC is Advanced Rx Holdco, Inc., a Florida Corporation, with its principal place of business in Florida.

Date: July 17, 2025

        Respectfully submitted,

        TACHE, BRONIS AND ASSOCIATES, P.A.
        150 S.E. 2 Avenue, Suite 600
        Miami, Florida 33131
        Telephone:    (305) 537-9565
        Facsimile:    (305) 537-9567

        By: */s/ Walter J. Taché*
            **Walter J. Taché, Esq.**
            Florida Bar. No. 028850
            wtache@tachebronis.com
            service@tachebronis.com
        *Counsel for Advanced Rx Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

        By: */s/ Walter J. Taché*
            **Walter J. Taché, Esq.**